00-6153 00-~~~~ CIV-ZLOCH
MAGISTRATE JUDGE
SORRENTINO

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District SOUTHERN DISTRICT OF FLORIDA | |
|---|---|---|
| Name ADRIAN McDONALD | Prisoner No. 082165 | Case No. 97-13822 CF 10 A |
| Place of Confinement Desoto Correctional Institution, PO Box 1072, Arcadia, Florida 34265 | | |
| Name of Petitioner (include name under which convicted) ADRIAN McDONALD | Name of Respondent (authorized person having custody of petitioner) MICHAEL W. MOORE | |
| The Attorney General of the State of ROBERT A. BUTTERWORTH | | |

**NIGHT BOX FILED**
JAN 31 2000
CLERK, USDC / SDFL / WPB

## PETITION

1. Name and location of court which entered the judgment of conviction under attack CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

2. Date of judgment of conviction February 13, 1998

3. Length of sentence 20 years imprisonment as a habitual felony offender to be followed by 10 years probation, and 5 years to run concurrent with the 20 year sentence.

4. Nature of offense involved (all counts) Delivery of Cocaine and Possession of Cocaine

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

cat/div B/FTC
Case # 00-6155
Judge WJZ Mag CHS
Mot'n Ifp yes Fee pd $
Receipt #

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court  Fourth District Court of Appeal

   (b) Result  Per curiam Affirmed

   (c) Date of result and citation, if known  November 25, 1998, McDonald vs State, Case No. 98-1367

   (d) Grounds raised  The trial court erred in permitting Appellant's witness to be impeached where the in-court testimony was not inconsistent with the witness' deposition testimony.

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result  N/A

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result  N/A

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida

    (2) Nature of proceeding  Rule 3.850 Motion for Post Conviction Relief Pursuant to Florida Rules of Criminal Procedure.

    (3) Grounds raised  1) Ineffective Assistance of Counsel for failing to file a timely motion to dismiss count one delivery of cocaine; 2) Ineffective Assistance of counsel for

(3)

AO 241 (Rev. 5/85)

_failing to argue during the plea negotiation prior to the commencement of trial that a habitual offender sentence was exempt from the operation of the sentencing guidelines; 3) Ineffective See; 11 (3) Grounds Raised Continued on attached page No. 7a_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result _Denied_

(6) Date of result _September 26, 1999_

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Nature of proceeding _N/A_

(3) Grounds raised _N/A_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _N/A_

(6) Date of result _____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☑   No ☐
(2) Second petition, etc.   Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

## II (3) GROUNDS RAISED CONTINUED FROM PAGE No. 4

Assistance of Counsel for failing to file a timely motion for new trial.

4). Illegal hybrid habitual sentence.

5). Defendant's sentence for delivery of cocaine is disproportional.

(4a)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner was denied effective assistance of counsel when his trial counsel failed to file a timely motion to dismiss count one of the information, Delivery of Cocaine, prior to trial, in that the allegation and the evidence clearly showed that Petitioner did not delivery any cocaine to Detective K. Askinstowiez. See: Argument Point One of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

B. Ground two: Ineffective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law): Petitioner was denied effective assistance of trial counsel during the plea negotiation prior to the commencement of trial when his trial counsel failed to argue that a habitual offender sentence was exempt from the operation of the sentencing guideline. See: Argument Point Two of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

(5)

C. Ground three: **Petitioner's sentence for delivery of cocaine is disproportional.**

Supporting FACTS (state *briefly* without citing cases or law): Petitioner asserts that his twenty (20) year sentence as an habitual felony offender to be followed by ten (10) years probation for his conviction of delivery of cocaine, is disproportional because he was less culpable than co-defendant, Robert Mauney, and co-defendant, Robert Mauney, received a sentence of two (2) years community control house arrest and drug evaluation classes in a plea bargain. See: Argument Point Three of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

D. Ground four **Illegal Hybrid Habitual Sentence**

Supporting FACTS (state *briefly* without citing cases or law): Petitioner asserts that his twenty (20) year sentence of imprisonment as a habitual felony offender status followed by ten (10) years probation for count one, Delivery of Cocaine, is an improper hybrid habitual sentence. See: Argument Point Four of Petitioner's Memorandum of Law in support of his Petition for Writ of Habeas Corpus accompanying this Petition.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

AO 241 (Rev. 5/85)

(c) At trial _James Walker, Private Attorney, 1339 N.E. 4th Avenue, Fort Lauderdale, Florida 33304_

(d) At sentencing _Same as above_

(e) On appeal _Sophia Letts, Assistant Public Defender, Fifteenth Judicial Circuit, Criminal Justice Building, 421 3rd Street, West Palm Beach, Florida 33401_

(f) In any post-conviction proceeding _Pro se_

(g) On appeal from any adverse ruling in a post-conviction proceeding _Pro se_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
   
   (b) Give date and length of the above sentence: _____
   
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_January 27, 2000_
(date)

_Adrian McDonald_
Signature of Petitioner

(7)

(Rev. 12/96) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

00-6153

**I. (a) PLAINTIFFS**
Adrian McDonald

**DEFENDANTS**
Michael W. Moore

**CIV-ZLOCH**

NIGHT BOX FILED
JAN 31 2000
CLERK, USDC / SDFL / WPB

**MAGISTRATE JUDGE SORRENTINO**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing Accommodations / ☒ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | / ☐ 535 Death Penalty | | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / B☐ 540 Mandamus & Other | A☐ 791 Empl Ret Inc Security Act | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / B☐ 550 Civil Rights | | | |
| | / B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____