UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-_____

ADRIAN MCDONALD,

Petitioner

vs.

MICHAEL W. MOORE,

Respondent.

NIGHT BOX FILED JAN 31 2000 CLERK, USDC / SDFL / WPB

00-6153

CIV-ZLOCH

MAGISTRATE JUDGE SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __ADRIAN MCDONALD__ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __January 27, 2000__                    __Adrian McDonald__
                                                           Signature

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, __Adrian McDonald__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the nature of this action is as follows:

__Title 28 U.S.C., Section 2254 Petition for Writ of Habeas Corpus__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: __No__

    a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
    b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: __No__

    a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.


3. Do you own any cash or checking or savings account?    Answer: _____No_____

   a. If answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?    Answer: _____No_____.

   a. If answer is "yes", describe property and state approximate value.

   _____

   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   _____

   _____

   _____

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____*Adrian McDonald*_____
                              Signature

SUBSCRIBED AND SWORN TO before me this

__27th__ day of __January 2000__.

_____Mary A. Deloach_____
MY COMMISSION # CC726036 EXPIRES
May 23, 2002
BONDED THRU TROY FAIN INSURANCE, INC.

\* \* \* \* \* \* \*

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

I HEREBY CERTIFY THAT _Adrian McDonald_, has the sum of
(Name of Affiant)

$ _32.45_ as of _1/10/2000_ on account to his credit at the
(date)

_DeSoto Correctional_ institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____

_____
Authorized Officer of Institution

Department of Corrections
Inmate Bank
P.O. Box 11379
Tampa, FL. 33680-11379

DC 101 (Rev. 1/97)                    7

```
01/10/2000                    Inmate Account Information                10:40 AM
DESOTO C.I.                                                             Page   1

              Inmate No.: 082165          Status: A          Card No.:  2
              Last Name: MCDONALD         Race: B
             First Name: ADRIAN           Sex: M
            Middle Name: M.               SS#: 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
          Date of Birth: 09/16/1965
                    AKA: TANK,
                 Opened: 03/17/1998       Facility Loc: 564
                 Closed:                  Housing Loc: H2222U
                                          P.O.Box: 4842
   Hold Amt    Hold Date Typ              Balance: 32.45
     0.00                              Non-Medical Hold: 0.00
     0.00                              Avail. Canteen Bal.: 11.76
     0.00                              Medical Hold: 0.00

                          Remitter/ Batch/
Date         Descript     Payee     Dep. No.  Ref. No.  Rec. #    In/(Out)    Balance
----------   ---------    --------  --------  --------  ------    --------    -------
07/01/1999   Beg Bal                                                            38.00
07/01/1999   Canteen                                                -1.16       36.84
07/02/1999   Canteen                                                -2.12       34.72
07/03/1999   Canteen                                                -0.20       34.52
07/04/1999   Canteen                                                -0.68       33.84
07/05/1999   Canteen                                                -0.56       33.28
07/07/1999   Canteen                                                -1.36       31.92
07/07/1999   Canteen                                                -1.58       30.34
07/08/1999   Canteen                                                -0.33       30.01
07/09/1999   Canteen                                                -2.22       27.79
07/10/1999   Canteen                                                -1.62       26.17
07/11/1999   Canteen                                                -1.41       24.76
07/12/1999   Canteen                                                -1.02       23.74
07/13/1999   Canteen                                                -0.71       23.03
07/15/1999   Canteen                                                -0.83       22.20
07/16/1999   Canteen                                                -2.15       20.05
07/18/1999   Canteen                                                -1.02       19.03
07/18/1999   Canteen                                                -1.56       17.47
07/19/1999   Canteen                                                -2.95       14.52
07/21/1999   Canteen                                                -0.71       13.81
07/22/1999   Canteen                                                -4.19        9.62
07/23/1999   Canteen                                                -1.86        7.76
07/24/1999   Canteen                                                -0.68        7.08
07/30/1999   Withdrawal   POSTAGE              17351     494356     -1.98        5.10
07/30/1999   Withdrawal   LEGAL COP            17352     494372     -5.10         .00
08/02/1999   Deposit      EVANS,ROB 026        469108    494574     20.00       20.00
08/03/1999   Canteen                                                -2.84       17.16
08/03/1999   Canteen                                                -1.29       15.87
08/05/1999   Canteen                                                -1.99       13.88
08/07/1999   Canteen                                                -2.79       11.09
08/09/1999   Deposit      MCDONALD, 034        385427    495026    120.00      131.09
08/10/1999   Withdrawal   LEGAL COP            17381     495234     -1.50      129.59
08/10/1999   Canteen                                                -2.72      126.87
08/12/1999   Canteen                                                -3.81      123.06
08/13/1999   Canteen                                                -3.40      119.66
08/15/1999   Canteen                                               -24.36       95.30
```

```
01/10/2000                      Inmate Account Information                  10:40 AM
DESOTO C.I.                                                                 Page    2
```

| Date | Descript | Remitter/ Payee | Batch/ Dep. No. | Ref. No. | Rec. # | In/(Out) | Balance |
|---|---|---|---|---|---|---|---|
| 08/16/1999 | Canteen | | | | | -6.33 | 88.97 |
| 08/16/1999 | Canteen | | | | | -0.96 | 88.01 |
| 08/19/1999 | Canteen | | | | | -0.68 | 87.33 |
| 08/19/1999 | Canteen | | | | | -4.21 | 83.12 |
| 08/20/1999 | Canteen | | | | | -2.61 | 80.51 |
| 08/21/1999 | Canteen | | | | | -2.96 | 77.55 |
| 08/21/1999 | Canteen | | | | | -0.64 | 76.91 |
| 08/22/1999 | Canteen | | | | | -1.63 | 75.28 |
| 08/22/1999 | Canteen | | | | | -6.12 | 69.16 |
| 08/23/1999 | Canteen | | | | | -2.89 | 66.27 |
| 08/24/1999 | Canteen | | | | | -0.64 | 65.63 |
| 08/27/1999 | Canteen | | | | | -1.46 | 64.17 |
| 08/28/1999 | Canteen | | | | | -3.03 | 61.14 |
| 08/31/1999 | Canteen | | | | | -1.88 | 59.26 |
| 09/02/1999 | Canteen | | | | | -0.71 | 58.55 |
| 09/02/1999 | Canteen | | | | | -4.57 | 53.98 |
| 09/03/1999 | Canteen | | | | | -1.34 | 52.64 |
| 09/04/1999 | Canteen | | | | | -2.21 | 50.43 |
| 09/07/1999 | Canteen | | | | | -1.28 | 49.15 |
| 09/10/1999 | Canteen | | | | | -0.71 | 48.44 |
| 09/11/1999 | Canteen | | | | | -2.63 | 45.81 |
| 09/12/1999 | Canteen | | | | | -0.55 | 45.26 |
| 09/13/1999 | Canteen | | | | | -1.08 | 44.18 |
| 09/14/1999 | Canteen | | | | | -2.84 | 41.34 |
| 09/15/1999 | Canteen | | | | | -1.00 | 40.34 |
| 09/15/1999 | Canteen | | | | | -1.29 | 39.05 |
| 09/16/1999 | Canteen | | | | | -0.68 | 38.37 |
| 09/18/1999 | Canteen | | | | | -0.37 | 38.00 |
| 09/19/1999 | Canteen | | | | | -0.72 | 37.28 |
| 09/21/1999 | Deposit | EVANS,ROB | 070 | 571130 | 498026 | 20.00 | 57.28 |
| 09/21/1999 | Deposit | MCDONALD, | 070 | 385628 | 498027 | 20.00 | 77.28 |
| 09/21/1999 | Canteen | | | | | -2.12 | 75.16 |
| 09/23/1999 | Canteen | | | | | -5.24 | 69.92 |
| 09/24/1999 | Canteen | | | | | -6.22 | 63.70 |
| 09/26/1999 | Canteen | | | | | -1.78 | 61.92 |
| 09/26/1999 | Canteen | | | | | -0.84 | 61.08 |
| 09/30/1999 | Canteen | | | | | -7.17 | 53.91 |
| 10/01/1999 | Canteen | | | | | -2.24 | 51.67 |
| 10/02/1999 | Canteen | | | | | -3.09 | 48.58 |
| 10/08/1999 | Canteen | | | | | -1.31 | 47.27 |
| 10/08/1999 | Canteen | | | | | -4.32 | 42.95 |
| 10/09/1999 | Canteen | | | | | -2.60 | 40.35 |
| 10/09/1999 | Canteen | | | | | -0.68 | 39.67 |
| 10/09/1999 | Canteen | | | | | -0.71 | 38.96 |
| 10/10/1999 | Canteen | | | | | -0.32 | 38.64 |
| 10/10/1999 | Canteen | | | | | -2.51 | 36.13 |
| 10/11/1999 | Canteen | | | | | -0.50 | 35.63 |
| 10/14/1999 | Canteen | | | | | -4.17 | 31.46 |
| 10/16/1999 | Canteen | | | | | -1.46 | 30.00 |

```
01/10/2000                     Inmate Account Information                10:40 AM
DESOTO C.I.                                                              Page   3

                         Remitter/  Batch/
Date       Descript      Payee      Dep. No.  Ref. No.  Rec. #   In/(Out)   Balance
---------- ------------  ---------- --------  --------  ------  ----------  --------

10/17/1999 Canteen                                                   -0.72     29.28
10/18/1999 Withdrawal    LEGAL COP            17561     499777       -1.80     27.48
10/18/1999 Canteen                                                   -0.71     26.77
10/19/1999 Canteen                                                   -4.80     21.97
10/19/1999 Canteen                                                   -2.22     19.75
10/22/1999 Canteen                                                   -1.19     18.56
10/24/1999 Canteen                                                   -0.71     17.85
10/25/1999 Canteen                                                   -0.68     17.17
10/26/1999 Canteen                                                   -1.18     15.99
10/28/1999 Canteen                                                   -2.51     13.48
10/30/1999 Canteen                                                   -4.37      9.11
10/30/1999 Canteen                                                   -1.60      7.51
11/02/1999 Canteen                                                   -3.70      3.81
11/03/1999 Deposit       MCDONALD,  7562      472936    501051       20.00     23.81
11/04/1999 Canteen                                                   -6.18     17.63
11/05/1999 Canteen                                                   -3.55     14.08
11/06/1999 Canteen                                                   -0.68     13.40
11/06/1999 Canteen                                                   -0.71     12.69
11/07/1999 Canteen                                                   -0.81     11.88
11/10/1999 Canteen                                                   -0.71     11.17
11/11/1999 Canteen                                                   -5.37      5.80
11/13/1999 Canteen                                                   -2.24      3.56
11/13/1999 Canteen                                                   -0.75      2.81
11/20/1999 Canteen                                                   -0.73      2.08
11/21/1999 Canteen                                                   -0.73      1.35
11/23/1999 Canteen                                                   -0.36       .99
11/25/1999 Canteen                                                   -0.75       .24
12/10/1999 Deposit       MCDONALD,  7678      385957    503843      100.00    100.24
12/10/1999 Canteen                                                  -12.04     88.20
12/10/1999 Canteen                                                   -2.82     85.38
12/16/1999 Canteen                                                   -2.67     82.71
12/17/1999 Canteen                                                   -5.48     77.23
12/18/1999 Canteen                                                   -0.99     76.24
12/23/1999 Deposit       MCDONALD   7736      605710    505444       20.00     96.24
12/23/1999 Canteen                                                   -5.01     91.23
12/24/1999 Canteen                                                   -3.36     87.87
12/25/1999 Canteen                                                   -5.07     82.80
12/26/1999 Canteen                                                   -5.63     77.17
12/28/1999 Canteen                                                   -1.90     75.27
12/29/1999 Canteen                                                   -6.87     68.40
01/02/2000 Canteen                                                   -0.73     67.67
01/04/2000 Canteen                                                   -1.98     65.69
01/07/2000 Canteen                                                  -27.76     37.93
01/08/2000 Canteen                                                   -2.03     35.90
01/09/2000 Canteen                                                   -3.45     32.45
01/10/2000 End Bal                                                             32.45
```