UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6155-CIV-ZLOCH/SORRENTINO

ADRIAN MCDONALD,

    Plaintiff,

vs.

MICHAEL W. MOORE,

    Defendants.
_____/

## CLERK'S NOTICE CORRECTING CLERICAL ERROR

    Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's initial assignment process, the above referenced case was INCORRECTLY stamped on the cover sheet and pleadings as Case Number 00-6155-CIV-Zloch/ Sorrentino. The correct Case Number is 00-6153-CIV-Zloch/Sorrentino. Therefore, all papers submitted for filing shall bear the CORRECTED case number and judge as follows:

        00-6153-CIV-ZLOCH
        MAGISTRATE JUDGE SORRENTINO

    Entered in West Palm Beach, Florida this 2nd day of February, 2000.

        CLARENCE MADDOX, Clerk

        By: Deputy Clerk

cc: Hon. Judge William J. Zloch
Hon. Magistrate Charlene H. Sorrentino
Plaintiff: Adrian McDonald
Defendants: Michael W. Moore