UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CIV-ZLOCH
MAGISTRATE JUDGE SORRENTINO

ADRIAN McDONALD,

    Petitioner,

v.

MICHAEL W. MOORE,

    Respondent.

ORDER FOR FEE AND DENYING FORMA PAUPERIS MOTION(S)

FILED by _____ D.C.
MAG. SEC.
FEB -4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    Adrian McDonald has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. Adrian McDonald has not paid the Clerk's filing fee of $5.00, but has filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. §1915.

    It is well settled that proceeding in forma pauperis is a privilege, and not a right, and permission to so proceed is committed to the sound discretion of the Court. Camp v. Oliver, 798 F.2d 434 (11 Cir. 1986). Likewise, district courts enjoy wide discretion in deciding whether a partial filing fee is fair and appropriate in a particular case. Olivares v. Marshall, 59 F.3d 109, 111 (9 Cir. 1995), and cases cited therein.

    Review of motion to proceed in forma pauperis reveals that the petitioner is not entirely indigent and can well afford the Clerk's minimal $5.00 filing fee. It is thereupon

    ORDERED AND ADJUDGED as follows:



1. The motion(s) to proceed in forma pauperis is denied.

2. On or before March 10, 2000, the petitioner shall pay the Clerk's filing fee of $5.00.

3. The petitioner shall put the case number on the check or money order so the Clerk can docket the payment in the correct case. This is especially important when a prisoner has filed more than one case.

4. The petitioner is cautioned that failure to pay the fee will probably result in dismissal of this petition.

DONE AND ORDERED at Miami, Florida, this 4 day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Adrian McDonald, Pro Se
DC #082165
DeSoto Correctional Institution
P. O. Drawer 1072
Arcadia, FL 34265-1072