IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ADRIAN MCDONALD,

    Petitioner,

vs.   CASE No. 00-6153-CIV-ZLOCH

MICHAEL W. MOORE,   MAGISTRATE JUDGE SORRENTINO

    Respondent.

PETITIONER'S RESPONSE TO LIMITATIONS PERIOD
AS ORDERED BY THIS COURT ON FEBRUARY 4, 2000

Comes now Petitioner, ADRIAN MCDONALD, In Prose and hereby respectfully makes and files this Response as aforesaid and states as follows:

1. On November 25, 1998 the Fourth District Court of Appeal PER CURIAM AFFIRMED Petitioner's direct appeal. See: McDonald vs State, case No. 98-1367.

2. On January 5, 1999 Petitioner filed a Rule 3.850 Motion for Post Conviction Relief Pursuant to Florida Rules of Criminal Procedure, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. See: Exhibit (A) attached hereto this Response.

3. The motion was denied without an evidentiary hearing on July 26, 1999. See: Exhibit (B) attached hereto this Response.

(1)




4. Petitioner filed a timely Pro Se Notice of Appeal with the Fourth District Court of Appeal <u>PER CURIAM AFFIRMED</u> the lower tribunal denial of Petitioner's Rule 3.850 Motion for Post Conviction Relief on December 22, 1999. See: Exhibit (C) attached hereto this Response.

5. On January 27, 2000 Petitioner filed this instant Petition for Writ of Habeas Corpus in this Court. See this Court docket.

Therefore, Petitioner has clearly demonstrated under Title 28 U.S.C. Section 2244 (d)(2) that his Petition for Writ of Habeas Corpus in this instant case has been timely filed in this Court and is proper before this Court for review, consideration and determination upon the merits of the claim.

WHEREFORE, Petitioner respectfully makes and files this Response as aforesaid.

Respectfully submitted,

*Adrian McDonald*

Adrian McDonald #082165
Mail # 4842
Desoto Correctional Institution
P.O. Drawer 1072
Arcadia, Florida 34265

## OATH

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of February 2000.

*Adrian McDonald*

Adrian McDonald #082165

(2)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Petitioner's Response To Limitations Period As Ordered By This Court On February 4, 2000 has been furnished to the Office of the Attorney General, Criminal Section, Department of Legal Affairs, 1655 Palm Beach Lakes Blvd., Third Floor, West Palm Beach, Florida 33401-2299 by U.S. Mail delivery this 11th day of February 2000.

*Adrian McDonald*

Adrian McDonald #082165

(3)

EXHIBIT (A)

IN THE CIRCUIT COURT OF THE
<u>SEVENTEENTH</u> JUDICIAL CIRCUIT

in and for <u>BROWARD</u>

County, State of Florida

State of Florida )
)
)
vs. ) Criminal Division
)
) CASE NO: <u>97-13822 CF10A</u>
) (The original case number)
)
<u>ADRIAN McDONALD</u> , ) JUDGE: <u>BARRY GOLDSTEIN</u>
(Your Name)

_____/

MOTION FOR POSTCONVICTION RELIEF

COMES NOW DEFENDANT, <u>ADRIAN McDONALD</u>, in proper person pursuant to the provisions of Rule 3.850 Fla. R. Crim. P., (1993) and the standards of Rule 3.987 Fla. R. Crim. P. (1993) and hereby submits the following information to support his request for relief for this Honorable Court's review:

" STATEMENT OF FACTS "

1. Name and location of the court that entered the judgement of conviction under attack:

<u>CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY,</u>
<u>FLORIDA</u>

2. Date of Judgement and conviction: <u>February 13, 1998</u>

3. Length of sentence: <u>20 years imprisonment as a habitual felony offender to be followed by 10 years probation, and 5 years imprisonment to run concurrent with the 20 year sentence</u>

4. Nature of offense(s) involved (all counts): <u>Delivery of Cocaine and Possession of Cocaine</u>

5. What was your plea?          (CHECK ONLY ONE)

   (a) Not guilty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ✓

   (b) Guilty . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ___

   (c) Nolo contendere . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ___

-1-

(d) Not guilty by reason of insanity.......................... _____

If you entered one plea to one count, and a different plea to another count, give details: _____

_____

_____

_____

6. Kind of Trial:                (CHECK ONLY ONE)

   (a) Jury............................................... ✓

   (b) Judge only without jury............................ _____

7. Did you testify at the trial or at the pretrial hearing?............. ____Yes ✓ No

   If yes list each such occasion: _____

_____

8. Did you appeal from the judgement of conviction?............. ✓ Yes ____ No

9. If you did appeal, answer the following:

   (a) Name of Court: **Fourth District Court of Appeal**

   (b) Result: **Per Curium Affirmed**

   (c) Date of result: **November 25, 1998**

   (d) Citation (if known): _____

10. Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications, motions, etc., with respect to this judgement in this court? ___yes ✓ no

11. If your answer to number 10 was "yes", give the following information.

                (applies only to proceedings in this court)

    (a) (1) Nature of the Proceeding: _____

-2-

_____
_____
_____

    (2) Grounds raised: _____
_____
_____

    (3) Did you receive an evidentiary hearing on your petition, application, motion, etc.? _____ Yes _____ No

    (4) Result: _____

    (5) Date of result: _____

12. Other than a direct appeal form the judgement of conviction and sentence, have you previously filed any petitions, applications, motions, etc.., with respect to this judgement in any other court? Yes _____ No ✓.

13. If your answer to 12 was "yes", give the following information:

    (a) (1) Name of court: _____

        (2) Nature of the Proceeding: _____
_____
_____
_____

        (3) Grounds raised: _____
_____
_____

    (4) Did you receive an evidentiary hearing on your petition, application, motion, etc.? _____ Yes _____ No

    (5) Result: _____

    (6) Date of result: _____

    (b) As to any second petition, application, motion, etc.., give the same information:

        (1) Name of court: _____

        (2) Nature of the Proceeding: _____

-3-

_____
_____
_____

    (3) Grounds raised: _____
_____
_____

    (4) Did you receive an evidentiary hearing on your petition, application, motion, etc.? _____ Yes _____ No

    (5) Result: _____

    (6) Date of result: _____

  (c) As to any third petition, application, motion, etc.., give the same information:

    (1) Name of court: _____

    (2) Nature of the Proceeding: _____
_____
_____
_____

    (3) Grounds raised: _____
_____
_____

    (4) Did you receive an evidentiary hearing on your petition, application, motions, etc, Yes _____ No _____

    (5) Result: _____

    (6) Date of result: _____

14. State concisely every ground on which you claim that the judgement or sentence is unlawful. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and the facts supporting them. For your information, the following is a list of the frequently raised grounds for postconviction relief. Each statement Preceded by a letter constitutes grounds for possible relief. You may raise any grounds that you may have, other than those listed. However, you should raise in this motion all available grounds (relating to this

conviction) on which you base your allegation that your conviction or sentence is unlawful.

<u>DO NOT CHECK ANY OF THESE LISTED GROUNDS</u>

If you select one or more of these grounds for relief, you must allege facts. The motion will not be accepted by the court if you merely check (a) through (I).

(a) Conviction obtained by plea of guilty or nolo contendere that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(c) Conviction obtained by a violation of the protection against double jeopardy.

(d) Denial of effective assistance of counsel.

(e) Denial of right of appeal.

(f) Lack of jurisdiction of the court to enter the judgement or impose sentence (such as an unconstitutional statute).

(g) Sentence in excess of the maximum authorized by law.

(h) Newly discovered evidence.

(i) Changes in the law that would be retroactive.

A. Ground 1. __Ineffective Assistance of Counsel.__

Supporting FACTS: ( TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW )

The Defendant was deprived of effective assistance of trial counsel when his trial counsel failed to file a timely motion to dismiss count one of the information, Delivery of Cocaine, prior to trial, in that the allegation and the evidence showed that the Defendant did not delivery any cocaine to Detective R. Askintowicz. See: Argument Point One of the Defendant's Memorandum of Law in support of his Rule 3.850 Motion for Post Conviction Relief accompanying this Motion.

B. Ground 2: __Ineffective Assistance of Counsel.__

Supporting FACTS: (TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW)

The Defendant was deprived of effective assistance of trial counsel during the plea negotiation prior to the commencement of trial when his trial counsel failed to argue that a habitual offender sentence was exempt from the operation of the sentencing guidelines. See: Argument Point Two of the Defendant's Memorandum of Law in support of his Rule 3.850 Motion for Post Conviction Relief accompanying this Motion.

C. Ground 3: __Ineffective Assistance of Counsel.__

Supporting FACTS: (TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW)

After the trial proceedings in this cause, trial counsel failed to file a timely motion for new trial in accordance with Rule 3.590(a) of the Florida Rules of Criminal Procedure, thereby depriving the Defendant of all post-trial judicial review of the "Weight" and "Sufficiency" of the evidence that was not "overwhelming" under the facts of the case. See: Argument Point Three of the Defendant's Memorandum of Law in support of his Rule 3.850 Motion for Post Conviction Relief, accompanying this Motion.

D. Ground 4: __Illegal Hybrid Habitual Sentence__

Supporting FACTS: (TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW)

The Defendant asserts that his twenty (20) year sentence of imprisonment as a habitual felony offender status followed by ten (10) years probation with habitual offender status for count one, Delivery of Cocaine, is improper hybrid habitual sentence. See: Argument Point Four of the Defendant's Memorandum of Law in support of his Rule 3.850 Motion for Post Conviction Relief, accompanying this Motion.

15. If any of the grounds listed in section "14" A, B, C, and D, were not previously presented on your direct appeal, state briefly what grounds were not so presented, and give your reasons they were not so presented:

None. Grounds A, B, and C not cognizable on direct appeal. Grounds D and E ineffective assistance of appellate counsel and is fundamental error and can be raised at anytime including

Post Conviction Relief.

_____
_____
_____
_____
_____
_____

16. Do you have any petition, application, appeal, motion, etc.., now pending in any court, either State or Federal, as to the judgement under attack? Yes _____ No ✓ .

17. If your answer to 16 was "yes", give the following information:

   (a) Name of court: _____

   (b) Nature of the Proceeding: _____
   _____
   _____

   (c) Grounds raised: _____
   _____

   (d) Status of the proceedings: _____
   _____
   _____

18. Give the name and address, if known, of each attorney who represented you in the following stages of the judgement attacked herein.

   (a) At preliminary hearing: _____
   _____

   (b) At arraignment and plea: _____
   _____

   (c) At trial: _James Walker, P.A., 1339 N.E. 4th Avenue, Fort Lauderdale, Florida 33304_

-7-

(d) At sentencing: _Same as above_

(e) On appeal: _Sophia Letts, Assistant Public Defender, Fifteenth Judicial Circuit, Criminal Justice Building, 421 3rd street, West Palm Beach, Florida 33401_

(f) In any postconviction Proceeding: _N/A_

(g) On appeal form any adverse ruling in a postconviction proceeding: _N/A_

WHEREFORE, movant requests that the court grant all relief to which the movant may be entitled in this proceeding, including but not limited to (list here nature of relief sought):

1. _To vacate and set aside his judgment and sentence and conduct an evidentiary hearing to resolve these matters._
2. Such other and further relief as the Court deems just and proper.

Respectfully Submitted:

/S/ _Adrian McDonald_
DEFENDANT PRO'SE

Print: _Adrian McDonald_

DC# _082165_    Mail # _4842_
DESOTO CORRECTIONAL INSTITUTION
P. O. DRAWER 1072
ARCADIA, FL. 34265

STATE OF FLORIDA   )
COUNTY OF DESOTO   )

Before me, the undersigned authority, this day personally appeared *Adrian McDonald* who first being duly sworn, says that he or she is the defendant in the above-style cause, that he or she has read the forgoing motion for postconviction relief and has personal knowledge of the facts and matters therein set forth and alleged; and that each and all of these facts and matters are true and correct.

/S/ *Adrian McDonald*

Print: Adrian McDonald

DC#: 082165   Mail # 4842
DESOTO CORRECTIONAL INSTITUTION
P. O. DRAWER 1072
ARCADIA, FL. 34265

SWORN AND SUBSCRIBED TO before me this 5th day of January, 1999.

Mary A. DeLoach
MY COMMISSION # CC726038 EXPIRES
May 23, 2002
BONDED THRU TROY FAIN INSURANCE, INC

*Mary A. DeLoach*
(print, type or stamp name of notary public)
NOTARY PUBLIC, or other commissioned
person authorized to administer an oath.

Personally known ✓   or produced identification ✓

Type of Identification produced: State ID

DC# 082165   Mail # 4842

(Form __ 1201)

-9-

# EXHIBIT (B)

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,  :
    Plaintiff,  : Case No: 97-13822CF10A

v.  : Judge GOLDSTEIN

ADRIAN MCDONALD,
    Defendant.  :

## ORDER DENYING DEFENDANT'S MOTION FOR POST CONVICTION RELIEF

**THIS CAUSE** having come before this Court upon the Defendant's Motion for Post-Conviction Relief, pursuant to Fla.R.Crim.P. 3.850(d), and the Court having considered same, along with the State's Response thereto, and being fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Defendant's Motion for Post-Conviction Relief is hereby **DENIED**, for the reasons contained in the State's Response, a copy of which is attached hereto.

Defendant has thirty (30) days to appeal from the rendition of this Order pursuant to Fla.R.Crim.P. 3.850(d).

**DONE AND ORDERED** in Chambers, at the Broward County Courthouse, 201 Southeast Sixth Street, Fort Lauderdale, Broward County, Florida 33301, dated this 26 day of JULY, 1999.

BARRY E. GOLDSTEIN
A TRUE COPY

**BARRY E. GOLDSTEIN**
CIRCUIT COURT JUDGE

cc:
J. Scott Raft, ASA

Adrian McDonald, DC#082165
Florida State Prison
P.O. Box 1072 Arcadia, Fl 34265

# EXHIBIT(C)

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT                                    JULY TERM 1999

**ADRIAN McDONALD,**

Appellant,

v.

**STATE OF FLORIDA,**

Appellee.

CASE NO. 99-3870

Decision filed December 22, 1999

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry E. Goldstein, Judge; L.T. Case No. 97-13822 CF10A.

Adrian McDonald, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

AFFIRMED.

STONE, FARMER and TAYLOR, JJ., concur.

**NOT FINAL UNTIL THE DISPOSITION OF ANY TIMELY FILED MOTION FOR REHEARING.**