UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Adrian Mcdonald,

Plaintiff./Petitioner,

CASE NO. 00-6153-CIV-Zloch

MAGISTRATE JUDGE CHS

V.

**CLERK'S NOTICE OF**

**RECEIPT OF FILING FEE**

Michael Moore,

Defendant/Respondent,

_____/

The Clerk notifies the Court that on 02/28/00 the filing fee of $ 5.00 was received, receipt number 817546.

DONE at the Federal Courthouse Square, Miami, Florida, this 28th day of February, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: Jxxx Hamilton
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff