```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6153-CIV-ZLOCH
```

ADRIAN McDONALD,

    Petitioner,

vs.                                    **FINAL ORDER OF DISMISSAL**

MICHAEL W. MOORE,

    Respondents.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Charlene H. Sorrentino, and upon the Objections To Report And Recommendations (DE 15) filed herein by the Petitioner, Adrian McDonald. The Court has conducted a de novo review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, ratified and adopted by the Court;

2. The Objections To Report And Recommendations (DE 15) filed herein by the Petitioner, Adrian McDonald, be and the same are hereby **OVERRULED**;

3. Petitioner, Adrian McDonald's, Petition For Writ Of Habeas Corpus be and the same is hereby **DENIED**;

4. The above-styled cause be and the same is hereby **DISMISSED**; and



5. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Adrian McDonald, Pro Se
DC #082165
DeSoto Correctional Institution
P. O. Drawer 1072
Arcadia, Florida 34265-1072

Rajeev Sacena, AAG
1655 Palm Beach Lakes Blvd.
Third Floor
West Palm Beach, Florida 33401