-cv-06153-WJZ  Document 17  Entered on FLSD Docket 10/31/2000  F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6153-CIV-ZLOCH

ADRIAN McDONALD,

    Petitioner,

vs.

MICHAEL W. MOORE,

    Respondents.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

THIS MATTER is before the Court upon the Petition For Writ Of Habeas Corpus filed herein by the Petitioner pursuant to 28 U.S. § 2254, and the Court having denied the Petition For Writ of Habeas Corpus, the Court finds that the Petition fails to demonstrate the deprivation of a Federal constitutional right, and that the issues are not taken in good faith.

Accordingly, it is

**ORDERED AND ADJUDGED** that the issuance of a Certificate of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of October, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See attached Mailing List



ADRIAN McDONALD v. MICHAEL W. MOORE
CASE NO. 00-6153-CIV-ZLOCH

Adrian McDonald, Pro Se
DC #082165
DeSoto Correctional Institution
P. O. Drawer 1072
Arcadia, Florida 34265-1072

Rajeev Saxena, AAG
1655 Palm Beach Lakes Blvd.
Third Floor
West Palm Beach, Florida 33401