IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADRIAN MCDONALD,
    Petitioner,

vs.

MICHAEL W. MOORE,
    Respondent.

CASE No. 00-6153-CIV-ZLOCH
MAGISTRATE JUDGE SORRENTINO

## DIRECTION TO THE CLERK

Comes now Petitioner, ADRIAN MCDONALD, In ProSe and hereby respectfully directs this Clerk to please prepare and transmit the following documents to the Clerk of the United States Court of Appeal for the Eleventh Circuit:

1. Petition for Writ of Habeas Corpus filed in this Court in the above-styled case and Arguments of Petitioner Memorandum of Law in support of his Petition for Writ of Habeas Corpus.

d. Respondent's Response To Petition For Writ of Habeas Corpus/Memorandum of Law.

3. Petitioner's Reply in rebuttal to the Respondent's Response to Petition for Writ of Habeas Corpus/Memorandum of Law.

4. Report and Recommedations of the United States Magistrate Judge, dismissal of Petition for Writ of Habeas Corpus.

(1)

5. Objections To Report and Recommendations.
6. Final order of dismissal.
7. Order denying Certificate of Appealability.
8. Notice of Appeal.

WHEREFORE, Petitioner respectfully directs this Clerk as aforesaid.

Respectfully submitted,

Dated this 9 day of November 2000.

*Adrian McDonald*

Adrian McDonald #082165
Mail #484a
Desoto Correctional Institution
13617 S.E. Highway 70
Arcadia, Florida 34266-7800

In Prose

(a)