IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADRIAN MCDONALD,

    Petitioner,

vs.

MICHAEL W. MOORE,

    Respondent.

CASE No. 00-6153-CIV-ZLOCH

MAGISTRATE JUDGE SORRENTINO

## NOTICE OF APPEAL

NOTICE IS GIVEN that ADRIAN MCDONALD, Petitioner/Appellant, appeals to the United States Court of Appeal for the Eleventh Circuit, the orders of this Court rendered on October 30, 2000. The nature of the orders are final orders of dismissal of Petitioner's Petition for Writ of Habeas Corpus and denial of certificate of appealability.

*Adrian McDonald*

Adrian McDonald #082165
Mail #4842
Desoto Correctional Institution
13617 S.E. Highway 70
Arcadia, Florida 34266-7800

In Prose

COPY IN CHAMBERS

(1)

## CERTIFICATE OF SERVICE

I certify that a true copy of the Notice of Appeal has been furnished to Rejeey Saxena, Assistant Attorney General, 1655 Palm Beach Lakes Blvd, third Floor, West Palm Beach, Florida 33401-2299 by U.S. Mail delivery this 9 day of November 2000.

*Adrian McDonald*

Adrian McDonald #082165

(2)