Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

January 18, 2001

RE: 00-16090-B Adrian McDonald v. Sec. for the Dept. of Corr.
DC DKT NO.: 00-06153 CV-WJZ

TO: Clarence Maddox

CC: Adrian McDonald 082165

CC: Rajeev Saxena

CC: Administrative File



**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 18, 2001



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-16090-B Adrian McDonald v. Sec. for the Dept. of Corr.
DC DKT NO.: 00-06153 CV-WJZ

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued in lieu of the mandate of this court.

Also enclosed is the record on appeal, which consists of:
Original papers, 2 vols.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Dwight Briggs (404) 335-6181

Encl.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 1 8 2001
THOMAS K. KAHN
CLERK
00-6153-cv-WJZ
01 JAN 22 PM 3:37

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

NO. 00-16090-B

ADRIAN MCDONALD,

Petitioner-Appellant,

versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS,

Respondent-Appellee.

Appeal from the United States District Court for the Southern District of Florida

ORDER:

Appellant's notice of appeal is construed as a motion for a certificate of appealability. Appellant's motion for a certificate of appealability is DENIED because appellant has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2).

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

/S/ ED CARNES
UNITED STATES CIRCUIT JUDGE

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
BY:
DEPUTY CLERK
ATLANTA, GEORGIA